## Ex parte Sudduth.

Petition for MANDAMUS.

FRANCIS M. PURIFOY, for petitioner.

Wess Sudduth filed a petition addressed to the judges of the Supreme Court asking for the issuance of a writ of *mandamus*, commanding the judge of the county court of Tuscaloosa, to vacate and set aside a judgment of conviction rendered by him in the case of *The State of Alabama v. Wess Sudduth*. The exhibits to the petition show that the facts relied on by the petitioner are in direct contradiction to the records of the county court, and rest *in pais*.

The court holds that the record alone can be looked to, and the record in this case showing no ground for the writ of *mandamus*, the prayer is denied and the petition dismissed.

Opinion by MCCLELLAN, C. J.

---

## Stinson v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.

BURNETT & CULLI, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling vinous, spirituous and malt liquors without a license and contrary to law.
The judgment of conviction is affirmed.

Opinion by HARALSON, J.